# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DWIGHT D. MAXWELL

V.  **JUDGMENT IN A CIVIL CASE**

BRAD L. LOGAN, MICHAEL J. GILL, DOES

CASE NUMBER: 06cv2179 DMS(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Court grants Plaintiff's Motion to Proceed In Forma Pauperis and dismisses the Complaint without leave to amend pursuant to 28 U.S.C. 1915(e)(2)(B)(i)..........................

| October 19, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ C. Gunier
(By) Deputy Clerk

ENTERED ON October 19, 2006

06cv2179 DMS(BLM)